JOSEPH CAMPAU

v.

GEORGE JOHNSTON

1810

JOURNAL ENTRIES

1. Declaration filed; rule to plead; continuance . *Journal, infra,* *p. 322
2. Plea; issue; jurors; verdict; motion for new trial . . . " 349
3. Motion overruled; judgment . . . . . . . . . " 391

PAPERS IN FILE

[None]